# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Lihua Gan, et al. v. GSUIG Real Estate Member LLC, et al.  Docket No.: 25-2313

Lead Counsel of Record (name/firm) or Pro se Party (name): Joseph B. Schmit/Phillips Lytle LLP

Appearance for (party/designation): Empire Outlet Management, LLC

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.   Please change the following parties' designations:
    Party                         Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Joseph B. Schmit
Firm: Phillips Lytle LLP
Address: 620 Eighth Avenue, 38th Floor, New Yor, New York 10018-1442
Telephone: (212) 759-4888                                  Fax: (212) 308-9079
Email: jschmit@phillipslytle.com

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 2/18/2021 _____ OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Joseph B. Schmit
Type or Print Name: Joseph B. Schmit
        OR
Signature of pro se litigant: _____
Type or Print Name: Joseph B. Schmit
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.